435 A.2d 660

Commonwealth v. Gibas, Appellant.

Submitted June 13, 1980.  Joseph P. Semasek, Public Defender, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., concurred in the result.